IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
ex rel

**1: CV   00-027**

TAI T. LE   # 99-0454

NO.   ~~FILED~~

Full name & prison number
(if any) of Petitioner

SCRANTON

FEB 15 2000

v.
FRANCES M. HOLMES
INS DISTRICT DIRECTOR

RECEIVED
SCRANTON

Name of Respondent

PER ___KM___
DEPUTY CLERK FEB 1  2000

(PERSONS IN FEDERAL CUSTODY) MARY E. D'ANDREA CLERK
Por ___
Deputy Clerk

PETITION FOR WRIT OF HABEAS CORPUS

Instructions - READ CAREFULLY

1.  In order for this petition to receive consideration by
the District Court, it shall be in writing (legibly handwritten
or typewritten), and the unsworn declaration signed by the peti-
tioner.  It shall set forth in concise form the answers to each
applicable question.  If necessary, petitioner may finish his
answer to a particular question on the reverse side of the page
or on an additional blank page.  Petitioner shall make it clear
to which question any such continued answer refers.

2.  Any false statement of a material fact therein may serve
as the basis of prosecution and conviction for perjury.  Peti-
tioners should therefore exercise care to assure that all answers
are true and correct.

3.  When the petition is completed, the original and three
copies shall be mailed to the Clerk, United States District Court,
Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pa. 18501.

If you are unable to pay the $5.00 filing fee for this
action, you may petition the court to proceed in forma pauperis.
Two blank petitions for this purpose are included in this packet.
One copy should be filed with your complaint; the other copy is
for your records.

1.  Place of detention  CARBON COUNTY CORRECTIONAL FACILITY,331 BROAD ST.NESQ.Pa.

2.  Name and location of court which imposed sentence  Pennsylvania Departme

of correctional Immigration Court, P.O. Box 598, Camp Hill, Pa. 17001-0598

3.  The indictment number or numbers (if known) upon which
    and the offense or offenses for which sentence was imposed:

    (a) Ordered by Immigration Judge Bruce M. Barrett removed to Vietnam.

    (b) Section 237 (a) (2) (A) (iii) of the Immigration and Nationality Act. (INA)

    (c) _____

4.  The date upon which sentence was imposed and the terms of
    the sentence:

    (a) Final ordered of removal date was Oct. 22, 1998

    (b) _____

    (c) _____

5.  Check whether a finding of guilty was made

    (a) after a plea of guilty _____

    (b) After a plea of not guilty_____ X _____

    (c) after a plea of nolo contendere_____

6.  If you were found guilty after a plea of not guilty, check
    whether that finding was made by

    (a)  a jury _____

    (b) a judge without a jury  Immigration Judge Bruce M. Barrett

7.  Did you appeal from the judgment of conviction or the im-
    position of sentence?       " No ", Because I do not know how to file for a
         petition of appeal.

-2-

8.  If you answered "yes" to (7), list

    (a) the name of each court to which you appealed:

        i. _____

        ii. _____N/A_____

        iii. _____

    (b) the result in each such court to which appealed:

        i. _____

        ii. _____N/A_____

        iii. _____

    (c) the date of each such result:

        i. _____

        ii. _____N/A_____

        iii. _____

    (d) if known, citations of any written opinions or orders

        entered pursuant to such results:

        i. INS review my file on August 23, 1999 at York County Prison.

        ii. release from custody was  denied on November 24, 1999.

        iii. _____

9.  State concisely the grounds on which you base your allega-
    tion that you are being held in custody unlawfully:

    (a) I'm currently being detained by the INS at Carbon county prison awaiting
        deportation to Vietnam.

    (2) On Oct. 22, 1998. Petition was giving an final order of removal from United
        States to Vietnam by Immigration Judge Bruce M. Barrett.

    (b) (3) It's clearly that INS is unable to deport petition back to Vietnam due
        to the Goverment of Vietnam refused to take petition back.

        (4) INS indefinate detention of petition violated his substantive due process
            right of the fifth (5th) Amend ment and the equal protection right of the
            fourteen (14th) Amendment.

(c)

10. **State concisely and in the same order the facts which support each of the grounds set out in (9):**

(a) Petitioner ordered of deportation will never ocurr therefore it is " Excessive ", in violate of Substantive due process right of the fifth (5th) Amendment.

(b) That 3rd Cir. has condemed and several Federal Court also that a detainer's unable to be deported in Stateless facing indefinate detention in INS custody is cruel and unusual punishment.

(c) INS District Director Mr. Frances Holmes abuse of discretion, ordered petitio continues detention with no intention of release or carefully reviewed cases.

> **WEREFORE**, Petitioner respectfully moves that his court grants him relief Writ of Habeas Corpus pursaunt 28 U.S.C. 2241 and ordered petitioner release from INS custody.

11.  Have you filed previous petitions for habeas corpus
     motions under Section 2255 of Title 28, United States
     Code, or any other applications, petitions or motions
     with respect to this conviction:

     _____N/A_____

12.  If you answered "yes" to (11), list with respect to each
     petition, motion or application

     (a) the specific nature thereof:

          i. _____

         ii. _____N/A_____

        iii. _____

     (b) the name and location of the court in which each
         was filed.

          i. _____

         ii. _____N/A_____

        iii. _____

     (c) the disposition thereof.

          i. _____

         ii. _____N/A_____

        iii. _____

     (d) the date of each such disposition:

          i. _____

         ii. _____N/A_____

        iii. _____

-5-

(e) If known, citations of any written opinions or crders
    entered pursuant to each such disposition:

i. _____

ii. _____N/A_____

iii. _____

13. If you did not file a motion under Section 2255 of
    Title 28 United States Code, or if you filed such a
    motion and it was denied, state why your remedy by
    way of such motion is inadequate or ineffective to
    test the legality of your detention:

(a)


                         N/A

(b)




(c)




14. Has any ground set forth in (9) been previously presented
    to this or any other federal court by way of petition
    for habeas corpus, motion under Section 2255 of Title 28,
    United States Code, or any other petition, motion or
    application:



                         N/A

15.   If you answered "yes" to (14), identify

    (a) which grounds have been previously presented:

        i. _____

        ii. _____ N/A _____

        iii. _____

    (b) the proceedings in which each ground was raised:

        i. _____

        ii. _____ N/A _____

        iii. _____

16.   Were you represented by an attorney at any time during the course of

    (a) your arraignment and plea:_____

    (b) your trial, if any: _____ N/A _____

    (c) your sentencing:_____

    (d) your appeal, if any, from the judgment of conviction or the imposition of sentence?

    _____ N/A _____

    (e) preparation, presentation or consideration of any petitions, motions or applications with respect to this conviction, which you filed:

    _____ N/A _____

17.   If you answered "yes" to one or more parts of (16), list

    (a) the name and address of each attorney who represented you:

        i. _____ N/A _____

        _____

-7-

ii. _____ N/A _____

iii. _____

(b) the proceedings at which each such attorney represented you:

  i. _____

  ii. _____ N/A _____

  iii _____

18.  If you are seeking leave to proceed in forma pauperis, have you completed the unsworn declaration setting forth the required information (see instructions, page 1 of this form).

Executed at  <u>Carbon County Correctional Facility.Nesq. Pa.</u>
                     Name of institution, city, state

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>February 9th, 2000</u>
                  Date

_____
Signature of Petitioner

-8-