1: CV 00-0277

(see instructions, page 1 of this form)

FORMA PAUPERIS DECLARATION

I, __TAI LE__, do hereby certify that I am a citizen of the United States of America that because of my poverty I am unable to pay the costs of said suit or action; that I am unable to give security for the same: and that I believe I am entitled to the redress I seek in said suit or action.

I have in my prison account $ __$ 3.60__.

Executed at __Carbon County Prison, Nesquehoning, Pa. 182__
Name of Institution, City, and State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/9/00__
              Date

_____
Signature of Petitioner

FILED
SCRANTON

FEB 15 2000

PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

United States

v.

___TAI  LE___
Petitioner

CERTIFICATE

$ __$3.60__ I hereby certify that the petitioner herein has the sum of _____ on account to his credit at the
__Carbon County Correctional Facility__ institution where he is confined.

I further certify that petitioner likewise has the following securities to his credit according to the records of said
__Carbon County Correctional Facility__ institution:

_____

_____

_____

_____
Authorized Officer of Institution

-10-