TAI T. LE # 99-0454
INS FILE # A23-753-571
CARBON COUNTRY CORRECTIONAL FACILITY
331 BROAD STREET
NESQUEHONING, PA.   18240

**RECEIVED SCRANTON**
**JAN 2 4 2000**
**PER**
**DEPUTY CLERK**

Rec'd SCRANTON
JAN 2 4 2000
PER
DEPUTY CLERK

MS. MARY E. D'ANDREA
CLERK OF COURT
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG.
& U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE, RM 423
P.O. BOX 1148
SCRANTON, PA.   18501- 1148

SUBJECT RE : <u>SEEKING HELP ON WRIT OF HABEAS CORPUS AND FORMA PAUPERIS APPLICATION FORMS AND ALSO NEED FEDERAL PUBLIC DEFENDER ATTORNEY TO REPRESENT.</u>

Dear Ms. Mary E. D'andrea,

My name is Tai T. Le INS File # A23-753-571 as an digent person. I am an inmate incarcerated at the INS Correctional Institution at Carbon County Prison.

I am writting this in regard to my request for your help. I want to specifically intimate you with the type of help I do need. I intend to fight my release legally from the District Court, by filling for the Writ of Habeas Corpus. In doing this I need help with the Writ of Habeas Corpus because I do not know how to write a petition for Habeas Corpus.

Please will you be so kind to help me with this situation. Sent me the application of Habeas Corpus and the Forma Pauperis forms and a Attorney to represent my case.

I really greatly appreciated any help that you and your office could provide to me it will be deeply appreciated!!!!!!!!!!!!

<u>THANK YOU FOR YOUR TIME AND ATTENTION TO THIS MATTER MS MARY E. D'ANDREA!!!!!!</u>

RESPECTFULLY SUBMITTED THIS 20th DAYS OF JANUARY, 2000.

SINCERELY TRULY YOURS

By x _____

TAI   T.   LE