*See Attached*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAI T. LE, | : | No. 00-CV-277 |
|     Petitioner, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| M. FRANCIS HOLMES, ACTING | : | |
| DISTRICT DIRECTOR, INS, | : | |
| JANET RENO, ATTORNEY GENERAL | : | |
| WARDEN, CARBON COUNTY PRISON | : | |
|     Respondents. | : | |

FILED
HARRISBURG, PA

JUL 2 4 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

### ORDER

Currently before this Court is the above-captioned petition for writ of habeas corpus and motion to proceed in forma pauperis, filed on February 15, 2000. The Court has not ruled on Petitioner's motion to proceed in forma pauperis and Respondents have not been served. Petitioner previously filed a separate petition on October 25, 1999, docketed at 99-CV-1875. The Court granted Petitioner leave to proceed in forma pauperis in that case and Respondents responded on March 2, 2000. The grounds being the same in 99-CV-1875 and 00-CV-277, this Court dismisses, sua sponte, the second-filed case.

AND NOW, this 24th day of July 2001, **IT IS ORDERED THAT** Le's Petition for Writ of Habeas Corpus (Doc. 1) in the above-captioned case is **DISMISSED**. The Clerk shall close the file.

                                             YVETTE KANE
                                             United States District Judge

Certified from the record
Date 7/24/01
Mary E. D'Andrea, Clerk
Per _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 24, 2001

Re: 1:00-cv-00277   Le v. Holmes

True and correct copies of the attached were mailed by the clerk to the following:

Tai T. Le
CTY-CARBON
331 Broad St.
Nesquehoning, PA   18240-1801

```
cc:
Judge                        (✓)           ( ) Pro Se Law Clerk
Magistrate Judge             ( )           ( ) INS
U.S. Marshal                 ( )           ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  (✓)
Ctroom Deputy                (✓)
Orig-Security                (✓)
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen  ( )   PA Atty Gen ( )
                                      DA of County ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 7/24/01

BY: _____
Deputy Clerk